SIMS *v.* SIMS *et al.*

FISH, J. The judgment of the ordinary, awarding the custody of the child in question to its father, was amply supported by the evidence, and the overruling of the certiorari sued out by the mother was not erroneous.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 15, — Decided December 10, 1902.

Habeas corpus. Before Judge Henry. Floyd superior court. September 13, 1902.

*Henry Walker*, for plaintiff. *M. B. Eubanks*, for defendant.